UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Argonaut Insurance Company,

                              Plaintiff,

   -against-

 Big Interior Construction, Inc.,

                            Defendant.
-------------------------------------------------------------X

**ORDER ADOPTING
REPORT & RECOMMENDATION**

23-CV-02708 (RER) (RML)

**RAMÓN E. REYES, JR., District Judge:**

In a report and recommendation dated December 17, 2025, (ECF No. 17 ("R&R")), Magistrate Judge Robert M. Levy recommended that the Court grant plaintiff's motion for default judgment and award plaintiff $408,934.50 in damages, plus $402 in costs and prejudgment interest at the rate of nine percent. (*Id.*) Judge Levy advised the parties that they had fourteen days from the date that R&R was received to file objections. (*Id.*) To date, neither party has filed an objection to the R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2).

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Therefore, it is ordered that the R&R is adopted in its entirety and this action is dismissed without prejudice.

The Clerk of Court is directed to enter judgment in favor of Plaintiff and to close this case.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.
_____

RAMÓN E. REYES, JR.
United States District Judge

Dated: January 5, 2026
　　　　Brooklyn, New York